UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KYLE T. MULLINGS,

                            Petitioner,                      23 Civ. 9603 (PAE)

          -v-

                                                                                ORDER

SCOTT FINLEY, WARDEN, FCI SCHUYLKILL,

                            Respondent.

---

PAUL A. ENGELMAYER, District Judge:

       On November 7, 2023, the Court scheduled the initial pretrial conference in this case for November 21, 2023 and directed the parties to confer and submit various pre-conference filings. Dkt. 6. The Court further ordered petitioner's counsel to serve a copy of its order on respondent and to promptly file proof of such service. No joint letter nor proof of service has been filed. Indeed, it appears no summons has been requested or issued in this case. The Court orders petitioner's counsel, by **10 a.m., November 21, 2023**, to file a letter on the docket addressing (1) whether respondent has been served with the Court's November 7 order; (2) whether petitioner's counsel has conferred with respondent's counsel; (3) if known to petitioner's counsel, whether respondent's counsel intends to appear at tomorrow's conference; and (4) when petitioner's counsel intends to serve respondent with a summons in the underlying case.

       SO ORDERED.

                                                              *Paul A. Engelmayer*
                                                              PAUL A. ENGELMAYER
                                                              United States District Judge

Dated: November 20, 2023
       New York, New York