UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KYLE T. MULLINGS,

                              Petitioner,

          -v-

SCOTT FINLEY, WARDEN, FCI SCHUYLKILL,

                              Respondent.

23 Civ. 9603 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received petitioner's letter, dated today, responding to yesterday's order. Dkt. 8. Given the lack of counsel for respondent, and the failure of petitioner's counsel timely to serve the Court's earlier order, the Court sees little use in going forward with today's initial conference. The Court hereby adjourns *sine die* said conference.

The Court will issue, by separate order, an order to show cause requiring respondent to file a response to the petition forthwith. After the parties' briefs have been filed, the Court will determine whether a conference would aid its resolution of this matter. The Court orders petitioner's counsel to serve this order upon respondent forthwith, and to file proof of service to the docket of this case.

SO ORDERED.

                                                          */s/ Paul A. Engelmayer*
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated: November 21, 2023
       New York, New York